## ST. LOUIS SOUTHWESTERN RAILWAY COMPANY *v.* CITY OF TYLER, TEXAS.

### WRIT OF ERROR TO THE SUPREME COURT OF TEXAS.

No. 159. Motion to dismiss or affirm.—Submitted October 19, 1908.—Decided October 26, 1908.

Writ of error to review 99 Texas, 491, dismissed for want of jurisdiction, there being a non-Federal ground on which the judgment rested sufficient to sustain it without regard to the Federal question, if any, involved.

*Mr. Cone Johnson, Mr. Horace Chilton, Mr. Ben B. Cain* and *Mr. James M. Edwards,* for defendants in error in support of the motion.

*Mr. E. B. Perkins* and *Mr. Hiram Glass* for plaintiffs in error.

*Per Curiam:* Writ of error dismissed for want of jurisdiction. *Eustis* v. *Bolles,* 150 U. S. 361; *Railway Company* v. *Fitzgerald,* 160 U. S. 556; *Moran* v. *Horsky,* 178 U. S. 205; *Johnson* v. *Risk,* 137 U. S. 300–307; *Chicago & Alton Railroad* v. *Wiggins Ferry Company,* 119 U. S. 615; *Eagan* v. *Hart,* 165 U. S. 188.